IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL WILKERSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-202
)
DIAMOND CASINO CRUISE, LLC, )
MARINE CHARTERS, LLC, DIAMOND )
ROYALE, and all currency, )
electronic gaming devices, and )
other personal property located )
upon the Diamond Royale, )
)
    Defendants. )
)

**O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE** as requested by Plaintiff. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA